Luc A. Despins (LD 5141)
Andrew M. Leblanc (*pro hac vice* to be filed)
Jessica L. Fink (JF 6399)
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

Counsel for Alper Holdings USA, Inc.,
Debtor and Debtor in Possession

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | Case No. 07-12148 (BRL) |
| ALPER HOLDINGS USA, INC., | : | |
| | : | District Court |
| | : | Case No. 08-02428 (PAC) |
| Debtor. | : | |

-------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

      RENA K. CERON, being duly sworn, deposes and says:

      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, counsel for the Debtor and Debtor in Possession in the above-captioned cases.

      On the 20th of March, 2008, I caused a copy of the following document:

      OBJECTION OF ALPER HOLDINGS USA, INC. IN OPPOSITION TO MOTION OF ADKINS CLAIMANTS TO WITHDRAW THE BANKRUPTCY REFERENCE FOR OBJECTION OF ALPER HOLDINGS USA, INC. TO PROOFS OF CLAIM (CLAIM NOS. 14, 15, 16, 17, 18, 19, 22, 23, 24, 25, 26, 27, 28) FILED BY ADKINS CLAIMANTS (the "<u>Document</u>"),

to be served upon the parties identified on Exhibit A attached hereto by electronic mail and FedEx, next business day delivery. I caused a copy of the Document to be served upon the party listed on Exhibit B attached hereto by facsimile and FedEx, next business day delivery.

    /s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 21st day of March, 2008.

    /s/ Bryn Fuller
BRYN FULLER
Notary Public, State of New York
No. 01FU6153697
Qualified in New York County
Commission Expires  October 16, 2010

**Exhibit A**

Douglas T. Tabachnik, Esq.
LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728

Email:  dtabachnik@dttlaw.com


Cliff I. Taylor, Esq.
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201

Email:  taylor@sbep-law.com

**Exhibit B**

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Fax No.: (212) 668-2255