UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

FLAKE

    Appellants,

-against-                                    08 Civ. 2489 (CM)

ALPER HOLDINGS USA, INC.,

    Appellee.

———————————————————————x

HARRY HOLT, et al.,

    Appellants,

-against-                                    08 Civ. 3344 (LTS)

ALPER HOLDINGS USA, INC.,

    Appellee.

———————————————————————x

ARMSTRONG,

    Appellants,

-against-                                    08 Civ. 3625 (GBD)

ALPER HOLDINGS USA, INC.,

    Appellee.

———————————————————————x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

```
                                                                    x
ADKINS,

                Appellants,

       -against-                                  08 Civ. 2428 (PAC)

ALPER HOLDINGS USA, INC.,

                Appellee.
                                                                    x
```

## MEMORANDUM ORDER

McMahon, J.:

In response to the letter of even date from counsel for Appellants Ray and Cathy Flake:

All four appeals will be conferenced on May 9, 2008 at 11:30 AM in Courtroom 21-B. At that time we will discuss scheduling.

As for the problem with the Clerk's Office – the "Notice of Motion to Consolidate Appeals" – the motion that counsel made in Judge Swain's case was slipped under my door and, after consultation with the other judges, we agreed that I would take all the appeals, so I (as the judge with the lowest case number), treating the motion as a referral, entered the appropriate order consolidating all four cases. I have told the Clerk that you do not need to refile anything – the Clerk needs to figure out how to deal with it.

Dated: April 28, 2008

*/s/ Colleen McMahon*

U.S.D.J.

BY ECF TO ALL COUNSEL IN ALL APPEALS (LIST ATTACHED)